# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals, Eleventh Circuit | 5/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | University of Alabama School of Law | $17,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | SELF-EMPLOYED ACCOUNTANT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | January 24, 2012 | Macon, GA | Deliver Presentation at Mercer Law | Transportation and Meals |
| 2. | Federalist Society | February 7-10, 2012 | Oxford University/ United Kingdom | Participate in Debate at the Oxford Union | Transportation, Meals and Lodging |
| 3. | Federalist Society | April 2-3, 2012 | Durham, NC | Deliver Lecture at Duke Law School | Transportation, Meals and Lodging |
| 4. | Federalist Society | April 16-17, 2012 | Boston, MA | Deliver Lecture at Harvard Law School | Transportation, Meals and Lodging |
| 5. | Federalist Society | April 17-18, 2012 | New York, NY | Deliver Lecture at Columbia Law School | Transportation, Meals and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | University of Chicago Law School | April 30, 2012 - May 1, 2012 | Chicago, IL | Presiding Judge at Edward W. Hinton Moot Court Competition | Transportation, Meals and Lodging |
| 7. | University of Mobile | September 18, 2012 | Mobile, AL | Deliver Lecture at the University of Mobile | Transporation and Meals |
| 8. | Memphis Chapter, Federal Bar Associaton | October 11, 2012 | Memphis, TN | Deliver Lecture | Transportation, Meals and Lodging |
| 9. | Hugh Maddox Chapter, American Inns of Court | November 8, 2012 | Montgomery, AL | Deliver Presentation to the Inns of Court | Meal |
| 10. | Federalist Society | November 15-17, 2012 | Washington, D.C. | Panel Moderator, National Lawyers Convention | Transportation, Meals and Lodging |
| 11. | University of Alabama | August 20, 2012 - November 26, 2012 | Tuscaloosa, AL | Teaching | Transportation |
| 12. | Mobile Bar Association | December 11, 2012 | Mobile, AL | Deliver Lecture | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. -TOCQUEVILLE GOLD FUND | B | Dividend | K | T | | | | | |
| 3. IRA #2 (H) | | | | | | | | | |
| 4. - JANUS OVERSEAS | | None | | | Sold | 06/21/12 | J | A | |
| 5. -FIDELITY SELECT MEDICAL DELIVERY | A | Dividend | J | T | | | | | |
| 6. -FIDELITY OTC PORT | | None | | | Sold | 07/30/12 | J | | |
| 7. -FIDELITY SELECT NATURAL RESOURCES | | None | | | Sold | 04/26/12 | K | | |
| 8. -FIDELITY SMALL CAP DISCOVERY FUND | B | Dividend | K | T | | | | | |
| 9. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | K | T | Buy | 07/30/12 | J | | |
| 10. -PIMCO INCOME FD CL D | B | Dividend | K | T | | | | | |
| 11. -FIDELITY BLUE CHIP GROWTH | A | Dividend | K | T | Buy | 04/26/12 | K | | |
| 12. IRA #3 (H) | | | | | | | | | |
| 13. -FIDELITY REAL ESTATE INCOME | C | Dividend | L | T | | | | | |
| 14. IRA #4 (H) | | | | | | | | | |
| 15. -FIDELITY SELECT COMPUTERS | | None | | | Buy | 04/18/12 | K | | |
| 16. | | | | | Sold | 11/06/12 | K | | |
| 17. -MATTHEWS ASIA SCIENCE & TECHNOLOGY FUND | | None | | | Sold | 07/27/12 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | K | T | | | | | |
| 19. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | K | T | Buy | 07/31/12 | K | | |
| 20. -FIDELITY SELECT MULTIMEDIA | A | Dividend | L | T | Buy | 07/31/12 | K | | |
| 21. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 22. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | K | T | Buy | 11/06/12 | K | | |
| 23. -FIDELITY SELECT NATURAL RESOURCES | | None | | | Sold | 04/18/12 | K | | |
| 24. -FIDELITY SELECT MEDICAL DELIVERY | | None | | | Sold | 09/12/12 | J | | |
| 25. -FIDELITY SELECT LEISURE | A | Dividend | | | Sold | 07/27/12 | K | C | |
| 26. -FIDELITY SELECT CHEMICALS | B | Dividend | L | T | | | | | |
| 27. IRA #7 (H) | | | | | | | | | |
| 28. -RYDEX ENERGY INVESTOR CLASS | | None | | | Sold | 04/19/12 | J | | |
| 29. -FIDELITY SELECT RETAILING | A | Dividend | J | T | Buy | 04/20/12 | J | | |
| 30. -FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | K | T | | | | | |
| 31. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 32. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | J | T | Buy | 07/31/12 | K | | |
| 33. -FIDELITY NEW MARKETS INCOME | A | Dividend | J | T | | | | | |
| 34. -FIDELITY SELECT PHARMACEUTICAL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -FIDELITY SELECT LEISURE | A | Dividend | | | Sold | 07/27/12 | J | A | |
| 36. -MATTHEWS CHINA FUND | | None | | | Sold | 06/18/12 | J | A | |
| 37. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 38. - (X) FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 39. -FIDELITY BLUE CHIP GROWTH | | None | | | Buy | 04/27/12 | J | | |
| 40. | | | | | Sold | 09/05/12 | J | | |
| 41. -FIDELITY SMALL CAP DISCOVERY FUND | A | Dividend | | | Sold (part) | 09/05/12 | J | A | |
| 42. | | | | | Sold | 12/26/12 | J | B | |
| 43. -CAMBIAR AGGRESSIVE VALUE-INVESTOR | | None | | | Sold (part) | 01/31/12 | J | | |
| 44. | | | | | Sold (part) | 02/15/12 | J | | |
| 45. | | | | | Sold | 04/26/12 | J | | |
| 46. SECTION 401(K)/PROFIT SHARING PLAN #1 (H) | | | | | | | | | |
| 47. -MATTHEWS CHINA FUND | | None | | | Sold | 06/08/12 | K | | |
| 48. -COHEN&STEERS REALTY SHARES | A | Dividend | | | Sold | 08/22/12 | K | C | |
| 49. -MATTHEWS PACIFIC TIGER FUND | | None | | | Sold | 07/27/12 | K | C | |
| 50. -FIDELITY SELECT TRANSPORT | B | Dividend | | | Sold | 08/22/12 | L | C | |
| 51. -FIDELITY SELECT ENERGY SERVICE | | None | | | Sold | 04/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FIDELITY SELECT MULTIMEDIA | | None | | | Buy | 04/18/12 | J | | |
| 53. | | | | | Sold | 08/22/12 | J | A | |
| 54. -FIDELITY BLUE CHIP GROWTH | | None | | | Buy | 04/19/12 | J | | |
| 55. | | | | | Sold | 08/22/12 | J | | |
| 56. -FIDELITY SELECT CHEMICAL | A | Dividend | | | Buy | 02/07/12 | J | | |
| 57. | | | | | Sold | 08/22/12 | J | A | |
| 58. -FIDELITY CASH RESERVES | A | Interest | | | Closed | 10/26/12 | M | | |
| 59. -WARREN AVERETT, LLC PROFIT SHARING PLAN, GROWTH MODEL | D | Dividend | M | T | Buy | 10/31/12 | M | | |
| 60. COMPASS BANK - A/C #1 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In previous reports, I disclosed my service as a director and officer of the Alabama Center for Law and Civic Education, but my service to that entity ended in 2011.

To clarify the nomination report dated April 15, 2013, I would like to provide the following information:

Part IIB: Spouse's Non-Investment Income - On January 1, 2012, the accounting firm, Wilson, Price, Barranco, Blankenship & Billingsly, PC (Wilson Price) merged with Warren Averett, LLC (Warren Averett). Warren Averett, LLC is the surviving firm. In 2011, the spouse was an employee of Wilson Price. As a result of the merger on 1/1/12, the spouse is a member of the accounting LLC and is a sef-employed accountant.

Part VII: Investment and Trusts - Prior to August 2012, _____ 401(k) was self-directed. As a result of the merger mentioned above, this account was closed in August 2012, all of the assets sold, and the resulting cash directly rolled over in the Warren Averett Companies, LLC Profit Sharing Plan, Growth Model. Participants pick from a menu of risk models. Assets are not individually owned or selected by the participant. On the April 15, 2013, nomination report, Part IV lines 42-50 reflect the assets held in the self-directed 401(k)/profit sharing plan that were sold in August 2012. Lines 51-70 reflect the underlying investments of the Warren Averett Companies, LLC Profit Sharing Plan, Growth Model held by the taxpayer. After submission of the nomination report, the filer received clarification that the previously listed assets are neither owned nor controlled _____. Instead, these investments are held as described above and therefore now are correctly reflected as ownership in the profit sharing plan listed in Part VII, line 59.

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544